*84 N. J. Eq.*                  Berg *v.* Baldwin.

---

MARIE BERG, appellant,

*v.*

ARTHUR J. BALDWIN et al., respondents.

[Submitted December 7th, 1914.   Decided March 1st, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported *ante p. 90.*

*Mr. William E. Blackman,* for the appellant.

*Messrs. Magoffin & Signor,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS—15.

*For reversal*—None.